**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AKHIL C. GUPTA,<br>Plaintiff, | : | |
| v. | : | C.A. No. 03-587 S |
| CUSTOMERLINX CORPORATION,<br>Defendant. | : | |

**PLAINTIFF'S EMERGENCY MOTION TO SHORTEN**
**TIME FOR DISCOVERY RESPONSES AND FOR HEARING**

Pursuant to Rule 33(b)(3) and 34(b) Fed. R. Civ. Proc., plaintiff moves for an order shortening the time for responses to plaintiff's interrogatories nos. 1-2, and document requests nos. 32-33.

A requested schedule is proposed in the accompanying memorandum. The grounds for this motion are set forth in the memorandum.

AKHIL C. GUPTA,
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**CERTIFICATION**

I hereby certify that on this 7 day of June, 2005, I caused to be delivered by email and mailed by via first class U.S. mail a copy of the within Emergency Motion to Shorten time for Discovery Responses and for Hearing to attorney Michael Farley, Morrison Mahoney & Miller, One Providence Washington Plaza, Providence, R.I. 02903.

F:\John D\AKHIL GUPTA\motion to shorten time for discovery.doc

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AKHIL C. GUPTA,<br>Plaintiff, | : | |
| v. | : | C.A. No. 03-587 S |
| CUSTOMERLINX CORPORATION,<br>Defendant. | : | |

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFF'S EMERGENCY MOTION TO SHORTEN**
**TIME FOR DISCOVERY RESPONSES AND FOR HEARING**

During the 5 ½ weeks since the jury's verdict in favor of plaintiff at trial, plaintiff has been attempting to obtain identification of defendant's accounts receivable and bank accounts, for purposes of postjudgment attachment or otherwise securing payment of the judgment. Defendant has obstructed and thwarted all attempts to obtain this information.

In further effort to obtain this information, on June 6 plaintiff issued two interrogatories (the only interrogatories issued by plaintiff in this case), and two document requests. Copies of these discovery requests are attached.

Pursuant to Rules 33(b)(3) and 34(b) Fed. R. Civ. Proc., plaintiff has moved for an order shortening the time for responses, and for a scheduling order. Plaintiff urgently needs a shortening of the time for obtaining this information, and a scheduling order is necessary to deal with the inevitable objections from defendant. In addition, plaintiff requests that defendant be ordered to make any response to this motion within one day.

Since the very beginning of this case, the defendant has stonewalled and obstructed discovery. Virtually none of the relevant pretrial information was voluntarily produced by defendant. Even in the relatively few instances where defendant did not object to a discovery

request, it simply failed and refused to produce the information until after a court order was entered.

Therefore, it can be assumed with near certainty that defendant will assert objections to these discovery requests, and will not voluntarily produce the information requested.

Plaintiff requests a shortening/scheduling order as follows:

1. That defendant be ordered to serve any objections to these discovery requests by delivery within one day after the date of the order;

2. That plaintiff will serve by delivery his motion to compel responses within one day after delivery of objection (i.e., two days after date of order);

3. That defendant will serve any opposition to plaintiff's motion to compel within one day thereafter (i.e., three days from date of order);

4. That the hearing on defendant's objections be held one day thereafter (i.e., four days from date of scheduling order);

5. That, assuming the objections are overruled and the motion to compel is granted, defendant be ordered to make full, complete, and comprehensive compliance with the interrogatories and document requests within three days thereafter (i.e., seven days after entry of scheduling order); and

6. That the order be made expressly binding upon the individual officers and directors at Customerlinx in control of the information production process, specifically Neil Quarterman, Chief Financial Officer; Craig Mento, President; and Alan Quarterman, director; so that any violations may be remediable by contempt and personal liability of these individuals to the plaintiff. Such individual liability is necessary, because no effective sanction can be issued against the corporation, now that judgment has entered against it.

A requested form of order is submitted together with this motion and memorandum.

Respectfully submitted,

AKHIL C. GUPTA,
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**CERTIFICATION**

I hereby certify that on this 7 day of June, 2005, I caused to be delivered by email and mailed by via first class U.S. mail a copy of the within Memorandum in Support of Emergency Motion to Shorten time for Discovery Responses and for Hearing to attorney Michael Farley, Morrison Mahoney & Miller, One Providence Washington Plaza, Providence, R.I. 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AKHIL C. GUPTA,<br>Plaintiff, | : | |
| v. | : | C.A. No. 03-587 S |
| CUSTOMERLINX CORPORATION,<br>Defendant. | : | |

**PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, plaintiff Akhil C. Gupta requests that defendant Customerlinx Corporation answer under oath the following interrogatories within thirty (30) days from the date of service hereof, or such shorter time as may be ordered by the Court. To "identify" a business entity or person means to set forth the full name, the address of the principal place of business or headquarters, and the address of the office through which defendant conducts its business with the entity or person.

1. Identify every customer to which defendant Customerlinx and/or any of its subsidiaries has made a sale and/or issued an invoice from January 1, 2004 through present, ranking the list according to estimated sales volume, with the highest sales volume customers coming first on the list.

2. Identify every bank and/or other financial institution with which Customerlinx and/or any of its subsidiaries has had an account, deposit, and/or credit facility of any type from June 30, 2004 through present.

AKHIL C. GUPTA,
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**CERTIFICATION**

I hereby certify that on this 6 day of June, 2005, I caused to be delivered by email and mailed by via first class U.S. mail a copy of the within Interrogatories to Defendant to attorney Michael Farley, Morrison Mahoney & Miller, One Providence Washington Plaza, Providence, R.I. 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AKHIL C. GUPTA,<br>Plaintiff, | : | |
| v. | : | C.A. No. 03-587 S |
| CUSTOMERLINX CORPORATION,<br>Defendant. | : | |

**PLAINTIFF'S REQUEST**
**FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff, Akhil C. Gupta ("Gupta"), hereby requests defendant, Customerlinx Corporation ("Customerlinx"), to produce the documents described below within thirty days, or within such shorter time as may be ordered, for inspection and copying, at the offices of John D. Deacon, Jr., 72 Pine Street, Providence, Rhode Island.

32. Copies of all invoices issued by Customerlinx from January 1, 2005, to date.

33. Copies of all invoices issued by Customerlinx from January 1, 2005, to date, contributing to the gross revenues reflected on the financial statement of Customerlinx for 2005 year-to-date.

AKHIL C. GUPTA,
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**CERTIFICATION**

I hereby certify that on this 6 day of June, 2005, I delivered by email and mailed by postal service a copy of the within Plaintiff's Document Requests to Defendant to Michael Farley, Esq., Morrison Mahoney & Miller, One Providence Washington Plaza, Providence, R.I. 02903.