# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**CASE NUMBER: 03-587S** **DATE: June 8, 2005**

**TITLE: GUPTA v. CUSTOMERLINX CORP.**

**MAGISTRATE JUDGE: Robert W. Lovegreen**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: John Deacon**

**Defendant: Michael Farley**
**Lee Stephen MacPhee**

**************************************************************************

**Proceedings: Defendant's Fourth to Motion to Quash**

**All counsel of record present. Attorneys argue. Court orders defendants to produce documents by 6/13/05. Telephonic Deposition to be held on 6/14/05 if needed. Mr. Deacon to prepare an order.**