**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AKHIL C. GUPTA,<br>Plaintiff, | : | |
| v. | : | C.A. No. 03-587 S |
| CUSTOMERLINX CORPORATION,<br>Defendant. | : | |

**REPLY CERTIFICATION IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR SANCTIONS FOR PERJURY**

I, John D. Deacon, Jr. state under penalty of perjury:

1. Mr. Farley states in paragraph 5 of his affidavit that he deposited the envelope in a U.S. Postal Service collection mailbox located at One Randall Square, Providence, RI, at approximately 5:15 p.m. on Friday, May 20, 2005.

2. That collection box carries a notice stating that mail is collected from that box at 12:00 p.m. (noon) Monday through Saturday.

3. The U.S. Postal Service public information representative at the main post office at 24 Corliss Street, Providence, advised that mail is processed at the main office on Saturdays hourly through midnight; that mail deposited in the collection box at One Randall Square in Providence on Friday May 20 at 5:15 p.m. would have been collected at around noon on Saturday May 21; that all such mail would have been processed at the main office on Saturday May 21 by midnight; and that all such mail would have carried a postmark of Saturday May 21.

4. The U.S. Postal Service representative at the office at 181 Corliss Street read the bar code on the original envelope with computer program used for that purpose. She advised

that the envelope had been processed at the main post office by machine no. 1202 at 1900 hours (i.e., 7:00 p.m.) on Monday May 23, and that the postmark of May 23 was printed on the envelope at that time.

Stated under penalty of perjury.

John D. Deacon, Jr.

**CERTIFICATION**

I hereby certify that on this 9 day of June, 2005, I caused to be served by via first class U.S. mail a copy of the within Reply Certification in Support of Sanctions for Perjury to attorney Michael Farley, Morrison Mahoney & Miller, One Providence Washington Plaza, Providence, R.I. 02903.