**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AKHIL C. GUPTA,<br>Plaintiff, | : | |
| v. | : | C.A. No. 03-587 S |
| CUSTOMERLINX CORPORATION,<br>Defendant. | : | |

**PLAINTIFF'S EMERGENCY MOTION TO SHORTEN**
**TIME FOR DISCOVERY RESPONSES AND FOR HEARING**

Pursuant to Rule 33(b)(3) and 34(b) Fed. R. Civ. Proc., plaintiff moves for an order shortening the time for responses to plaintiff's interrogatories no. 3, and document requests nos. 34-36.

A requested schedule is proposed in the accompanying memorandum. The grounds for this motion are set forth in the memorandum.

AKHIL C. GUPTA,
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**CERTIFICATION**

I hereby certify that on this 10 day of June, 2005, I caused to be delivered by email and mailed by via first class U.S. mail a copy of the within Emergency Motion to Shorten time for Discovery Responses and for Hearing to attorney Michael Farley, Morrison Mahoney & Miller, One Providence Washington Plaza, Providence, R.I. 02903.

F:\John D\AKHIL GUPTA\motion to shorten time for discovery.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AKHIL C. GUPTA, Plaintiff, : v. : C.A. No. 03-587 S

CUSTOMERLINX CORPORATION, Defendant. :

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION TO SHORTEN TIME FOR DISCOVERY RESPONSES AND FOR HEARING**

Plaintiff previously filed a motion to shorten time and for a scheduling order as to interrogatories 1-2, and document requests nos. 32-34. Plaintiff hereby requests that interrogatory no. 3 and document requests nos. 34-36 be included in any order for shortening time for response and scheduling. Copies of these additional discovery requests are attached for reference.

AKHIL C. GUPTA,
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**CERTIFICATION**

I hereby certify that on this 10 day of June, 2005, I caused to be delivered by email and mailed by via first class U.S. mail a copy of the within Memorandum in Support of Emergency Motion to Shorten time for Discovery Responses and for Hearing to attorney Michael Farley, Morrison Mahoney & Miller, One Providence Washington Plaza, Providence, R.I. 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AKHIL C. GUPTA,<br>Plaintiff, | : | |
| v. | : | C.A. No. 03-587 S |
| CUSTOMERLINX CORPORATION,<br>Defendant. | : | |

**PLAINTIFF'S INTERROGATORY NO. 3**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, plaintiff Akhil C. Gupta requests that defendant Customerlinx Corporation answer under oath the following interrogatory within thirty (30) days from the date of service hereof, or such shorter time as may be ordered by the Court.

3. Identify and describe in detail each asset and/or item of property of defendant, tangible or intangible, which is not subject to any security interest, lien, pledge, contractual right of setoff, or other encumbrance.

AKHIL C. GUPTA,
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**CERTIFICATION**

I hereby certify that on this 10 day of June, 2005, I caused to be delivered by email and mailed by via first class U.S. mail a copy of the within Plaintiff's Interrogatory No. 3 to attorney Michael Farley, and Lee MacPhee Morrison Mahoney & Miller, One Providence Washington Plaza, Providence, R.I. 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AKHIL C. GUPTA,<br>Plaintiff, | : | |
| v. | : | C.A. No. 03-587 S |
| CUSTOMERLINX CORPORATION,<br>Defendant. | : | |

**PLAINTIFF'S DOCUMENT REQUESTS NOS. 34-36**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff, Akhil C. Gupta ("Gupta"), hereby requests defendant, Customerlinx Corporation ("Customerlinx"), to produce the documents described below within thirty days, or within such shorter time as may be ordered, for inspection and copying, at the offices of John D. Deacon, Jr., 72 Pine Street, Providence, Rhode Island.

34. Produce all documents embodying and/or reflecting the alleged settlement agreement of the dispute between Customerlinx and Kelly, as referenced in ¶ 4 of the Quarterman dated June 6, 2005.

35. Produce all consolidated balance statements and/or balance sheets for Customerlinx for the years 2002, 2003, 2004, and 2005 to date.

36. Produce all documents identifying or reflecting any asset or property of defendant Customerlinx which is <u>not</u> subject to a security interest, lien, pledge, contractual right of setoff, or other encumbrance.

AKHIL C. GUPTA,
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**CERTIFICATION**

I hereby certify that on this 10 day of June, 2005, I caused to be delivered by email and mailed a copy of the within Plaintiff's Document Requests Nos. 34-36 to Defendant to Michael Farley, and Lee MacPhee Esq., Morrison Mahoney & Miller, One Providence Washington Plaza, Providence, R.I. 02903.