UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED JUN 16 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

AKHIL C. GUPTA,
Plaintiff
v.
CUSTOMERLINX
CORPORATION,
Defendants

C.A. No. 2003-0587 S

**STIPULATION OF THE PARTIES**

The parties stipulate to the following.

1. The bank statements and associated records produced by the defendant in its Supplemental Response to Plaintiff's Fourth Request for Production of Documents are authentic and genuine and are business records of the entities of the various corporations to whom they are addressed, Customerlinx Corporation, Customerlinx of Oklahoma, Inc., Customerlinx of New York, Inc., Customerlinx of New York, Inc. (Woman's Division/GMGB), Customerlinx of North Carolina, Inc., Customerlinx of Connecticut and Customerlinx of California.

2. As of March 1, 2005, the total, cumulative balances of the bank accounts of Customerlinx Corporation, Customerlinx of Oklahoma, Inc., Customerlinx of New York, Inc., Customerlinx of New York, Inc. (Woman's Division/GMGB), Customerlinx of North Carolina, Inc., Customerlinx of Connecticut and Customerlinx of California was approximately $70,000.

3. As of June 3, 2005, the total, cumulative balances of the bank accounts of Customerlinx Corporation, Customerlinx of Oklahoma, Inc., Customerlinx of New York, Inc., Customerlinx of New York, Inc. (Woman's Division/GMGB), Customerlinx of North Carolina, Inc., Customerlinx of Connecticut and Customerlinx of California was approximately $166,000.

4. Each month, there were both deposits and withdrawals of funds from each of the bank accounts referenced above. In the month of March, 2005, the accounts of Customerlinx

Corporation, Customerlinx of Oklahoma, Inc., Customerlinx of New York, Inc., Customerlinx of New York, Inc. (Woman's Division/GMGB), Customerlinx of North Carolina, Inc., Customerlinx of Connecticut and Customerlinx of California indicate deposits of approximately $1.1 million in the aggregate; in April, 2005, $900,000 and in May, 2005, $1.5 million.

AKIL GUPTA
By his attorney,

6/15/05

John D. Deacon, Jr. #2226
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/16/05

CUSTOMERLINX CORPORATION
By its attorneys,

6/14/05

Lee Stephen MacPhee (admitted pro haec vice)
Michael T. Farley, #6196
Morrison Mahoney LLP
121 South Main Street
Providence, RI 02903
Tel: (401) 331-4660
Fax: (401) 351-4420