**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AKHIL C. GUPTA,<br>Plaintiff,<br><br>v.<br><br>CUSTOMERLINX CORPORATION,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 03-587 S |

**PLAINTIFF'S MOTION**
**TO EXCEED PAGE LIMITS**

In accordance with General Order No. 2002-01 the undersigned plaintiff hereby moves for leave to exceed page limits, for reasons that follow:

1. The undersigned plaintiff has filed a Memorandum and a Certification in Support of his Motion for Temporary and Preliminary Injunction in Aid of Attachment on Trustee Process, and for Authorization for Recording of Amended Judgment in Other Districts;

2. The Memorandum consists of approximately 9 pages;

3. The Certification consists of 3 pages, but the exhibits consist of an additional 21 pages;

4. Plaintiff believes that the proposed Memorandum and Certification, especially the exhibits to the Certification, will significantly assist the Court in resolving the pending Motion; and

5. The Memorandum has been filed and the Certification has been filed without the exhibits that were intended to accompany it.

Accordingly, defendants ask that the Court grant this Motion.

AKHIL C. GUPTA,
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**CERTIFICATION**

I hereby certify that on this 17 day of June, 2005, I caused to be served by via first class U.S. mail a copy of the within Motion to Exceed Page Limits to attorney Michael Farley, Morrison Mahoney & Miller, One Providence Washington Plaza, Providence, R.I. 02903.