**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

AKHIL C. GUPTA, :
Plaintiff, :
:
v. : C.A. No. 03-587 S
:
CUSTOMERLINX CORPORATION, :
Defendant. :

**PLAINTIFF'S EMERGENCY MOTION TO SHORTEN TIME FOR DISCOVERY RESPONSES AND FOR HEARING**

Pursuant to Rule 34(b) Fed. R. Civ. Proc., plaintiff moves for an order shortening the time for responses to plaintiff's document request no. 37.

A requested schedule was proposed in an earlier similar motion. The grounds for this motion are set forth in the memorandum.

AKHIL C. GUPTA,
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**CERTIFICATION**

I hereby certify that on this 17 day of June, 2005, I caused to be delivered by email and mailed by via first class U.S. mail a copy of the within Emergency Motion to Shorten time for Discovery Responses and for Hearing to attorney Michael Farley, Morrison Mahoney & Miller, One Providence Washington Plaza, Providence, R.I. 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AKHIL C. GUPTA,<br>Plaintiff, | : | |
| v. | : | C.A. No. 03-587 S |
| CUSTOMERLINX CORPORATION,<br>Defendant. | : | |

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFF'S EMERGENCY MOTION TO SHORTEN**
**TIME FOR DISCOVERY RESPONSES AND FOR HEARING**

Plaintiff previously filed a motion to shorten time and for a scheduling order as to interrogatories 1-2, and document requests nos. 32-36. Plaintiff hereby requests that document request no. 37 be included in any order for shortening time for response and scheduling. A copy of this additional discovery request is attached for reference. Plaintiff's request no. 37 requests production in Rhode Island of the original stock certificates in Customerlinx' wholly owned subsidiary corporations. It is critically important to plaintiff's ability to collect the judgment that these stock certificates be produced, so that they can be attached and then sold at an execution auction to the highest bidder.

AKHIL C. GUPTA,
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**CERTIFICATION**

I hereby certify that on this 17 day of June, 2005, I caused to be delivered by email and mailed by via first class U.S. mail a copy of the within Memorandum in Support of Emergency Motion to Shorten Time for Discovery Responses and for Hearng to attorney Michael Farley, Morrison Mahoney & Miller, One Providence Washington Plaza, Providence, R.I. 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AKHIL C. GUPTA,<br>Plaintiff, | : | |
| v. | : | C.A. No. 03-587 S |
| CUSTOMERLINX CORPORATION,<br>Defendant. | : | |

**PLAINTIFF'S DOCUMENT REQUEST NO. 37**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff, Akhil C. Gupta ("Gupta"), hereby requests defendant, Customerlinx Corporation ("Customerlinx"), to produce the documents described below within thirty days, or within such shorter time as may be ordered, for inspection and copying, at the offices of John D. Deacon, Jr., 72 Pine Street, Providence, Rhode Island.

37. Produce the originals of all certificates embodying and/or reflecting shares of stock in the subsidiary corporations: Customerlinx of New York, Inc.; Customerlinx of Oklahoma, Inc.; Customerlinx of North Carolina, Inc.; Customerlinx of Connecticut, Inc.; Customerlinx of California, Inc.

AKHIL C. GUPTA,
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195