**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AKHIL C. GUPTA,<br>Plaintiff, | : | |
| v. | : | C.A. No. 03-587 S |
| CUSTOMERLINX CORPORATION,<br>Defendant. | : | |

**SUPPLEMENTAL CERTIFICATION**
**IN SUPPORT OF PLAINTIFF'S MOTIONS FOR**
**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, John D. Deacon, certify under penalty of perjury as follows:

1. The affidavit of Quarterman dated June 10, 2005, states in paragraph 2 that "Customerlinx has no debt financing at present."

2. Public records reflect that multiple UCC article 9 financing statements, reflecting collateral assignments of assets by Customerlinx and subsidiaries, have been filed against Customerlinx and subsidiaries in states of incorporation and in states in which it operates, and remain open and unterminated.

3. Such UCC financing statements typically reflect conditional assignment of assets by a borrower to a lender as security for repayment of debt. Plaintiff has ordered copies of these financing statements, but they have not been received as yet.

Signed under penalty of perjury.

John D. Deacon

F:\John D\AKHIL GUPTA\supplemental certification.doc