**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA03-587S** **June 27, 2005**

**TITLE: AKHIL GUPTA V. CUSTOMERLINX CORPORATION**

**DISTRICT MAGISTRATE JUDGE: ROBERT W. LOVEGREEN**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: TAPE**

**IN COURT: 9:32 a.m. - 10:05 a.m.**

---

**COUNSEL PRESENT: Plaintiff - John Deacon, Esquire**
**Defendant - Michael T. Farley, Esquire**

**RE: Plaintiff's Motion to Compel Production; Motion to Shorten Time for responses; Motion to Strike defendant's response; Motion for Sanctions for Perjury; Plaintiff's Emergency Motions to Shorten time for Discovery Responses; Defendant's Motion for Protective Order**

**Proceedings: All counsel of record present; Arguments heard; Plaintiff's Motion to Compel Production is Granted; Plaintiff's Motion to Strike defendant's response is denied; Plaintiff's Motion for Sanctions for Perjury is Denied; Plaintiff's Emergency Motion to Shorten time for Discovery responses filed on 6/7/2005 is Granted; Plaintiff's Emergency Motion to Shorten time for Discovery filed on 6/10/2005 is Denied; Plaintiff's Emergency Motion to Shorten time for Discovery filed on 6/17/2005 is Granted; Attorney Deacon to prepare the Order; Attorney Farley to prepare the Order for Deft's Motion for Protective Order.**