UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AKHIL C. GUPTA,
Plaintiff

v.

CUSTOMERLINX
CORPORATION,
Defendants

C.A. No. 2003-0587 S

RECEIVED
JUL 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ORDER**

This action was brought to the court on June 23, 2005 before United States District Judge Smith on plaintiff's motion for a temporary restraining order in aid of attachment and trustee process.

By assent of the parties, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. The Registry of the Court is hereby authorized to accept from the defendant Customerlinx Corporation a check in the amount of $350,000, payable to the "United States District Court for the District of Rhode Island" in the above referenced matter.

These funds shall be held as security, in lieu of a bond, for payment of the judgment in favor of the plaintiff. These funds shall be deposited and held in an interest-bearing account (specifically, a money market savings account) at Bank of America located at 111 Westminster Street, Providence, RI. 02903

Pursuant to the General Order dated December 3, 1990, the clerk is directed to deduct from the income earned on the investment a fee in the amount of 10 (ten) percent of the income earned whenever such income becomes available for such deduction in the investment so held and without further order of the court.

The balance of these funds may be released to the appropriate party upon further order of the court.

Presented By:

Michael T. Farley, #6196
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel.: (401) 331-4660
Fax.: (401)351-4420

John D. Deacon, Jr. #2226
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080

**CERTIFICATION**

I hereby certify that on this 12th day of July, 2005 a true copy of the foregoing was mailed, postage pre-paid, to:

Counsel for Plaintiff
John D. Deacon, Jr. #2226
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

ENTER:

Smith, U.S.D.J.

Dated: 7/12/05

BY ORDER:

Clerk