UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AKHIL C. GUPTA,
Plaintiff

v.

C.A. No. 2003-0587 S

CUSTOMERLINX
CORPORATION,
Defendants

RECEIVED
JUL 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ORDER**

This matter came on for hearing on the 27th day of June, 2005, The Honorable Justice Robert W. Lovegreen presiding, on defendant, Customerlinx's motion for a protective order relating to subpoenas directed to customers of Customerlinx. After hearing thereon, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. The defendant's motion for a protective order is granted until July 11, 2005. The plaintiff may not subpoena nor otherwise contact customers of Customerlinx until July 11, 2005.

ENTER:

Lovegreen, U.S.M.J.

Dated: July 15, 2005

BY ORDER:

Clerk

Presented By:

Michael T. Farley, #6196
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel.: (401) 331-4660

583283v1