UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**AMENDED JUDGMENT IN A CIVIL CASE**

AKHIL C. GUPTA,
Plaintiff
V.

Case Number: C.A. NO. 03-587S

CUSTOMERLINX CORPORATION
Defendant

**X Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Judgement shall enter in favor of the Plaintiff, Akhil C. Gupta against the Defendant, Customerlinx Corporation in the amount of $125,000.00 as to plaintiff's claims of fraud regarding the bonus compensation provisions of the written employment contract and $124,000.00 as to plaintiff's claims for sales commissions regarding the sale of the "RCA Contract", including prejudgment interest in the amount of $87,182.00, for a total judgment amount of $336,182.00. Any post-judgment interest shall be calculated at 3.33% and pursuant to the procedures detailed in 28 U.S.C. §1961.**

**Augugst 29, 2005**
Date

Clerk

(By) Deputy Clerk