**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AKHIL C. GUPTA, Plaintiff, | : | |
| v. | : | C.A. No. 03-587 S |
| CUSTOMERLINX CORPORATION, Defendant. | : | |

**PLAINTIFF'S MOTION TO ADD INTEREST TO AMENDED JUDGMENT**

Pursuant to Rules 59 and 60 Fed. R. Civ. Proc., plaintiff moves for an order adding interest to the amended judgment for the period from May 6, 2005, through the date of entry of amended judgment on August 29, 2005.

The grounds for this motion are set forth in the supporting memorandum.

AKHIL C. GUPTA,
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**CERTIFICATION**

I hereby certify that on this 30 day of August, 2005, I caused to be served by First Class U.S. Mail, postage prepaid, a copy of the within Motion to Attorney Michael Farley, Morrison Mahoney & Miller, One Providence Washington Plaza, Providence, R.I. 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AKHIL C. GUPTA, Plaintiff, | : | |
| v. | : | C.A. No. 03-587 S |
| CUSTOMERLINX CORPORATION, Defendant. | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO ADD INTEREST TO AMENDED JUDGMENT**

Plaintiff has moved pursuant to Rules 59 and 60 Fed. R. Civ. Proc. for an order adding interest to the amended judgment for the period from May 6, 2005, through the date of entry of amended judgment on August 29, 2005.

Judgment was entered in this action on May 5, 2005, without including prejudgment interest. The Court's Amended Memorandum and Order required that the judgment be amended to include prejudgment interest at the state rate of 12% per year through May 6, 2005. The Court further ordered that the applicable federal rate of post-judgment interest be determined as of May 6, 2005, at the rate of 3.33% per year. An amended judgment was entered dated August 29, 2005.

The issue addressed by the present Motion is securing plaintiff's right to post-judgment interest at the federal rate of 3.33% per annum for the period from May 6, 2005 through the date of entry of the amended judgment on August 29, 2005. If the amended judgment were entered nunc pro tunc effective as of May 6, 2005, then "post-judgment" interest would not have to be included in the amount of the judgment, but rather would accrue automatically by operation of law.

However, if the amended judgment is entered as of August 29, 2005, or any other subsequent date, then "post-judgment" interest at the federal rate of 3.33% per annum should be included in the amount of the amended judgment for the period from May 7, 2005 until date of entry. Alternatively, rather than calculating a specific amount of "postjudgment" interest, the amended judgment could include the language: "plus interest at the rate of 3.33% per year commencing May 7, 2005."

The Plaintiff is entitled by law to interest on the judgment amount from May 7, 2005 forward, and absent one of these corrections (or a stipulation from Defendant in this regard) there is a risk that the period from May 7 through August 29, 2005 would not be covered by interest.

Respectfully submitted,
AKHIL C. GUPTA,
By his attorney,

John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

**CERTIFICATION**

I hereby certify that on this 30 day of August, 2005, I caused to be served by First Class U.S. Mail, postage prepaid, a copy of the within Memorandum to Attorney Michael Farley, Morrison Mahoney & Miller, One Providence Washington Plaza, Providence, R.I. 02903.

O:\John D\AKHIL GUPTA\mem spt mot to add int to amend judg.doc