RECEIVED
SEP 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AKHIL C. GUPTA,
Plaintiff,

v. C.A. No. 03-587 S

CUSTOMERLINX CORPORATION,
Defendant.

**REVISED CONSENT ORDER FOR DISTRIBUTION OF FUNDS FROM REGISTRY OF COURT, AND FOR DISMISSAL WITH PREJUDICE**

Pursuant to order entered July 12, 2005 (copy attached for reference), a principal amount of $350,000 was deposited into the Registry of Court, and has been held in an interest-bearing account. By agreement of the parties, and subject to approval by the Court, the following may enter as an order of the Court:

1. The funds presently being held in the Registry of Court pursuant to order entered July 12, 2005 (copy attached for reference) shall be distributed as follows:

a. the amount of $338,000 shall be distributed by check payable to "John D. Deacon as Attorney for Akhil Gupta," and this check shall be sent to Attorney John D. Deacon at 72 Pine St., Providence, R.I. 02903.

b. The balance of funds in the account, including accrued interest (net of any fee due to the court under said order), shall be distributed by check payable to "Lee S. MacPhee as Attorney for Customerlinx Corp.," and this check shall be sent to Attorney Lee S. MacPhee at Morrison Mahoney LLP, 250 Summer St., Boston, MA 02210. The applicable tax id.# for interest is 0021-2408-4.

2. Upon disbursement of the funds from the Registry of Court, this action shall be dismissed with prejudice, the judgment and amended judgment shall be deemed fully satisfied, no further or additional costs may be taxed, and any and all rights of appeal or review by either party are waived and terminated.

APPROVED AND ENTERED:

Smith, U.S.D.J.
9/27/05

BY ORDER:

Clerk

9/24/05

John D. Deacon (#2226)
72 Pine Street
Providence, RI 02903
Tel: 401-272-8080
Fax: 401-272-8195

**Attorney for Plaintiff**

Lee S. MacPhee by John D. Deacon pursuant to express authorization, copy attached. 9/24/05

Lee S. MacPhee *pro hac vice*
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Tel: 617-439-7500
Fax: 617-439-7590

**Attorney for Defendant**

O:\John D\AKHIL GUPTA\Consent Order.doc