Akhil Gupta
Plaintiff

VS: CA03-587S

Customerlinx Corporation
Defendant

# EXHIBIT RECEIPT

Plaintiff's exhibits 1 through 8 and 10; 14, 16 through 20; 22 through 29; 55, 57 and 58

Beverly Berard
Attorney

Deputy clerk