Akhil Gupta
Plaintiff

VS: CA03-587S

Customerlinx Corporation
Defendant

# EXHIBIT RECEIPT

Defendant's exhibit B

~~Attorney~~

Deputy clerk